BLOOMINGDALE BROS., INC., ET AL. *v.* UNITED STATES

**No. 7225.**—Invoices dated London, England, March 4, 1946, etc.
Entered at New York, N. Y., March 27, 1946, etc.
Entry Nos. AD 760; 710165.

(Decided May 1, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues involved herein are the same in all material respects as the issues decided in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

AMERICAN SHIPPING CO. *v.* UNITED STATES

**No. 7226.**—Invoice dated London, England, October 24, 1941.
Certified October 30, 1941.
Entered at New York, N. Y., December 12, 1941.
Entry No. 330407.

(Decided May 1, 1947)

*Barnes, Richardson & Colburn* (*Eugene F. Blauvelt* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.